# IN THE COUNTY OF CEDAR
## STATE OF MISSOURI

Petitioner: Jeffrey Michael Pearson

v.

Defendant: The ~~County~~ Cedar County
Sheriffs Department

The Dollar General
P.O. #1 (official capacity)
P.O. #2 (official capacity)
P.O. #3 (official capacity)

Petition

# Petition

COMES NOW: Petitioner brings complaint against the above named Defendants to this court. The complaints are as follows.

Count #1;) False Arrest by P.O. #1

Count#2;) Police Misconduct.

Count#3;) illegal Restraint

Case#

EXHIBIT A

count #4) Harrasment

count #5) Deprivation of Due Process,

count #6) Retaliation in response to Defendant
excercising his rights.

~~co~~ Dollar General

count #1) Discrimination Due to Disabilities

count #2) False ~~testimony to police~~ Police report,

The above claims are supported by as
follows. On August 31st 2021 Julie
Hessler & Jeffrey Pearson arrived at
the Dollar General located at 532 MO·32
C, Stockton, MO. 65785 at approxamatley
2:30 pm. The Petitioner & Julie were
separated due to the understanding that Petition
was hungry & Julie wished to shop at
the Dollar General, A few minutes later
Petitioner Jeffrey Pearson walked from Subway
to the Dollar General. Pearson was struck
by an uncontrollable urge to deficate

**EXHIBIT A**

which is common from his disability (ulcerative colitis), Pearson entered the dollar General & after finding Julie in the store immedlatley went to the public restroom. During the time of Pearson being in the restroom. ~~P.O.#1 was~~ The police had confronted Julie about shop lifting in the store. They ~~was~~ said a customer had watched her place "something" in her purse while shopping."

~~They asked if~~ The police asked to search inside Julies purse in front of other customer White still inside the store. Julie refused & was let go & banned from Dollar General. At this time Jeff Pearson was exiting the restroom & confronted by P.O.(#1)/Sherrif? He stepped in front of Pearson & asked several Questions and Pearson did not wish to identify or further the conversation with the.

officer. Pearson tried to leave at which time P.O #1 stated he was ~~not~~ being detained. Petitioner Pearson became furious & repeatively asked if he was under arrest & free to leave. All times P.O.#1 said that Pearson could not move from where he was at until he figured out what was going on. Pearson then stated that P.O.#1 might as well put hand cuffs on me since ~~Ea~~ he was not free to move or leave. (P.O.#1) complied placing Pearson in handcuffs. No charges were filed & No evidence of shop lifting and both citizens are banned from the Dollar General on a hunch. P.O.#1 called for back up at which time. P.O.#2 ~~#3~~ arrived. After harrasing the citizens for a bit they ended up arresting Pearson for a warrant in retaliation of the incident above claiming "All he had to do was be compliant

· P.O.#1) in doing so violated Pearson's 4th Amendment rights to be free of unreasonable search & siezure. with no probable cause, 5th Amendments rights to be deprived of his liberty without due process of law. as well as 14th amendment. see United States v. Roof circuit. No. 17-3.

Young v. State  No. CR-17-0595

Terry v. Ohio

~~P.O. Plaintiff Pearson's~~

Petitioner Jeffrey Michael Pearson

V.

Defendant:
"respondent": Cedar County
Sheriffs Department.
et, Al

Motion for Cedar County
Sheriffs Department.
to Disclose of Body cameras,
Dash Cameras, & All audio & video
devices captured from on August 31, 2021
approximakley from 3:00pm - 4:30pm

Petitioner wishes the court to make
available all of the above evidence so
Petitioner may have a fair trial, as set forth
in Missouri Law 610.100.5(1)

**EXHIBIT A**

In the 28th Judicial Circuit Court Cedar County State of Missouri Honorable Judge David R. Munton

Plaintiff
Jeffrey M. Pearson
403 E. Broadway St.
Jerico Springs MO.
64756
(660)223-8759

Case#
21CD-CV00396



FILED
SEP 15 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Bammon, Circuit Clerk
Circuit Court Cedar County, Mo.

V.

Cedar County
Sheriff Department
Et AL

Request

2 of 3

# Request.

Plaintiff makes a formal request to obtain Subpoena from the Court in order to inspect, obtain & have copies thereof to be released to plaintiff immediatley time is of the essence. The Subpeano shall include ~~or list~~ All audio & visual substance recorded by body cam on 3 different officers as well as dash cam footage of car # 117. Plaintiff as afforded to him by Law under 610.023. The ~~footage~~ from Audio & footage shall include the dispatch or

**EXHIBIT A**

383) non-emergency/emergency call on August 31st 2021 approximately 3:00 pm called in by Dollar General in stockton Missouri, Plaintiff wishes to obtain all 3 responding officers body camera's and/ Dash Cameras from vehicles from August 31st 2021 from 3:00 to 4:30 pm. Plaintiff also seeks officers names from said incident.

X [signature]

Sept. 15ES 2021

In the 28th Judicial
Circuit Court Cedar
County State of Missouri
Honorable Judge David R. Munton

Plaintiff
Jeffrey M. Pearson
    403 E. Broadway st.
Jerico Springs, MO.
        64756
(660) 223-8759

Case#: 21CD-
CV00396

FILED
SEP 15 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Dumm, Circuit Clerk
Circuit Court Cedar County, Mo.

V.

Request

Dollar General
Et-AL

Request for subpoena
to make copies available
immediatley to Plaintiff this
includes all surveillance footage inside
the store Dollar General 117 532 mo-32C,
Stockton, Mo. 65785, + outside footage

**EXHIBIT A**

Including audio & visual. Todays date is Sept. 15th 2021; Time is of the essense the subpoena shall include August 31st 2021 from 3:00pm - 4:30 pm of all the above requested material.

This is plaintiffs initial request for subpoena to the courts.

X _____

Sept. 15th 2021

In the 28th Judicial Circuit
Court. Cedar County State of
Missouri. Honorable Judge
David R. Munten

PLAINTIFF
Jeffrey M. Pearson
403 E Broadway St,
Jerico Springs Mo.
64756

CASE #: 21CD-CV00396



F I L E D
SEP 15 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Bummi, Circuit Clerk
Circuit Court Cedar County, Mo.

V.

Cedar County Missour
Sheriff Department
Et-AL

"Dollar General"

Motion to Compel
the custodian of Dollar General
at stockton Missouri.

**EXHIBIT A**

COMES NOW/ Plaintiff prays this court

grant plaintiff relief in that evidence sought after by plaintiff on August 31st 2021 ~~from~~ be released through the power of the court to compell The Dollar General to release Surveillance ~~footage~~ from 08-31-2021 from approximately 2:00pm - 4:30pm, As Plaintiff has been banned for life from the store & ~~is~~ if justice prevails will be proven wrongfully so. Plaintiff wishes to be present with subpoena & an outside officer to this case to instruct Dollar General to be compelled to do so, Time is of the essence.

X _(signature)_                09/13/2021

**EXHIBIT A**

Page 103

In the 28th Judicial Circuit
Cedar County State of Missouri
Date: September 13th 2021

Honorable Judge David R. Munton ~~report~~ ~~CASE # 2ROC36.180~~

CASE# 21CD-CV00396

Plaintiff:
Jeffrey M. Pearson
403 E. Broadway st.
Jerico Springs Mo.
64756

V.

Cedar County
Sheriff Dept. Et-AL



FILED
SEP 15 2021
CIRCUIT-ASSOCIATE-PROBATE
*Melinda Durman, Circuit Clerk*
Circuit Court Cedar County, Mo.

Motion to Compell Cedar County Sheriffs
Department State of Missouri to release
Body Cam footage ~~on~~ from August 31st 2021

Comes Now Plaintiff prays that this Court will
grant said motion in order to satisfy Courts
order to identify all defendants. On August
31st 2021 at approximately 3:00 pm plaintiff did encounter
defendants in this case. All defendants were "unmarked"
Plaintiff asked defendant #1 Sgt. Bull to identify

EXHIBIT A

themselves & "Sgt. Bull" did. However without these body cameras released Plaintiff cannott readily identify defendants. Plaintiff went to the circuit court & asked prosecutors office for the tapes in which they stated one time that they did not exist according to clerk. Prosecutor came out a short time latter & insisted that plaintiff did not need tapes since prosecutor did not plan to prosecute. Plaintiff is extremely ~~handicapped~~ disabled to bring the petition any further when the defendants & prosecutors office seem to be with holding the evidence needed in order for justice to prevail.

According to ~~610.023~~ 610.023 paragraph 3 states

Each request for access to a public record shall be acted upon as soon as possible, but in no event later than the end of the third business day following the date the request is recieved by costodian of records of a public govermental body.

Plaintiff wishes to proceed with an additional request after the initial was denied to Plaintiff on September 7th 2021. And in doing so plaintiff prays that the courts use its awesome power to compell the release of the body cameras of all involved officers (#3) with the shoplifting call to dollar general in stockton Missouri. on August 31 2021 from 3:00pm – 4:30 pm approximatley. In addition Plaintiff asks this Court to give Plaintiff a reasonable extention beyond to 10 days to comply with defendants names in order to have time to utilize the tapes to gather the names of such. Plaintiff will be asking for the 3 body cam footage all the same as it is needed for identification of officers and needed as evidence for this case. Time is of the essence.

X _____



# IN THE 28TH JUDICIAL CIRCUIT COURT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R MUNTON | **Case Number: 21CD-CV00396** | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFREY M<br>PEARSON | Person Subpoenaed:<br>DOLLAR GENERAL | Plaintiff's/Petitioner's Attorney:<br>N/A |
| | Address:<br>532 MO 32 C<br>STOCKTON, MO 65785 | Address:<br><br>Telephone: |
| vs. | | |
| Defendant/Respondent:<br>CEDAR COUNTY<br>SHERIFF<br>OFFICER YOKLEY<br>#117<br>OFFICER BULLINGER<br>#284 | Requesting Party:<br>☐ Plt./Pet. Atty   ☒ Plt./Pet.<br><br>☐ Def/Resp. Atty   ☐ Def./Resp. | Defendant's/Respondent's Attorney: |
| | Address: (Of Party Checked Above)<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756<br><br>Telephone: | Address:<br><br>Telephone: |
| For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number. | | (Date File Stamp) |

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to: DOLLAR GENERAL

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☐ to appear at
  on (date), at (time).

☐ to testify on behalf of:          .

☐ to give depositions.

☒ to bring the following SEE ATTACHED.

COURT SEAL OF
CEDAR COUNTY

_____16-SEP-2021_____
Date Issued

**/s/ Sarah Turner**
_____
Clerk

OSCA (08-13) CR190                    1 of 2          491.100, 491.130 RSMo, SCR 57.09, 58.02

**EXHIBIT A**

## Return/Affidavit

I certify that I served this subpoena in _____ (County/City of St. Louis),

Missouri, by:

☐   delivering a copy to the person subpoenaed _____ (date).

☐   reading a copy to the person subpoenaed on _____ (date).

☐   I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $ _____.

☐   Other: _____.

**Sheriff's Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental | |
| Surcharge (Civil Cases Only-$10.00) | $_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

_____
Person Serving Subpoena

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court.  You must attend trial from time to time as directed.  **No additional Subpoena is required for your future appearance at any trial of this case**.  If you fail to appear, you may be held in contempt of court.

2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.

3. **Bring this form with you to court**.  This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s)

round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____      _____
Clerk

Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 18 of 45

EXHIBIT A



FILED
9/16/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

| Judge or Division:<br>DAVID R MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Person Subpoenaed:<br>DOLLAR GENERAL | Plaintiff's/Petitioner's Attorney:<br>N/A |
| | Address:<br>532 MO 32 C<br>STOCKTON, MO 65785 | Address:<br><br>Telephone: |
| vs. | | |
| Defendant/Respondent:<br>CEDAR COUNTY SHERIFF<br>OFFICER YOKLEY #117<br>OFFICER BULLINGER #284 | Requesting Party:<br>☐ Plt./Pet. Atty  ☒ Plt./Pet.<br>☐ Def/Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney: |
| | Address: (Of Party Checked Above)<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | Address: |
| | Telephone:660-223-8759 | Telephone: |

For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number.

(Date File Stamp)

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to: DOLLAR GENERAL

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☐ to appear at
on (date), at (time).

☐ to testify on behalf of: .

☐ to give depositions.

☒ to bring the following SEE ATTACHED.

COURT SEAL OF
CEDAR COUNTY

16-SEP-2021
Date Issued

**/s/ Sarah Turner**
Clerk

RECEIVED BY:
Cedar Co Sheriff Dept
By
Date: 9/17/21 Time: 10:05

**EXHIBIT A**

## Return/Affidavit

I certify that I served this subpoena in _____ (County/City of St. Louis), Missouri, by:

☐ delivering a copy to the person subpoenaed _____ (date).

☐ reading a copy to the person subpoenaed on _____ (date).

☐ I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $ _____.

☐ Other: _____.

**Sheriff's Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge (Civil Cases Only-$10.00) | $_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

_____
Person Serving Subpoena

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any trial of this case.** If you fail to appear, you may be held in contempt of court.

2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.

3. **Bring this form with you to court.** This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____

_____
Clerk

OSCA (08-13) CR190

491.100, 491.130 RSMo, SCR 57.09, 58.02

**EXHIBIT A**



FILED
9/16/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

# IN THE 28TH JUDICIAL CIRCUIT COURT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFREY M<br>PEARSON | Person Subpoenaed:<br>CEDAR COUNTY SHERIF<br>DEPARTMENT | Plaintiff's/Petitioner's Attorney:<br>N/A |
| | Address:<br>202 S HIGH ST<br>STOCKTON, MO 65785 | Address: |
| vs. | | Telephone: |
| Defendant/Respondent:<br>CEDAR COUNTY<br>SHERIFF<br>OFFICER YOKLEY<br>#117<br>OFFICER BULLINGER<br>#284 | Requesting Party:<br>☐ Plt./Pet. Atty  ☒ Plt./Pet.<br>☐ Def./Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney: |
| | Address: (Of Party Checked Above)<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | Address: |
| | Telephone: | Telephone: |
| For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number. | | (Date File Stamp) |

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to: JAMES MCCRARY AGENT FOR CEDAR COUNTY SHERIFF

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☐ to appear at

on (date), at (time).

☐ to testify on behalf of:          .

☐ to give depositions.

☒ to bring the following SEE ATTACHED.

COURT SEAL OF
CEDAR COUNTY

_____          _____
16-SEP-2021                              */s/ Sarah Turner*
Date Issued                                    Clerk

OSCA (08-13) CR190                                    1 of 2          491.100, 491.130 RSMo, SCR 57.09, 58.02

EXHIBIT A

## Return/Affidavit

I certify that I served this subpoena in _____ (County/City of St. Louis),

Missouri, by:

☐ delivering a copy to the person subpoenaed _____ (date).

☐ reading a copy to the person subpoenaed on _____ (date).

☐ I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $ _____.

☐ Other: _____.

**Sheriff's Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge (Civil Cases Only-$10.00) | $_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

_____
Person Serving Subpoena

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any trial of this case**. If you fail to appear, you may be held in contempt of court.

2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.

3. **Bring this form with you to court**. This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____

_____
Clerk

OSCA (08-13) CR190        2 of 2        491.100, 491.130 RSMo, SCR 57.09, 58.02

**EXHIBIT A**



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 21CD-CV00396** |
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 |
| vs. | |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET |
| Nature of Suit:<br>CC Other Miscellaneous Actions | P O BOX 665<br>STOCKTON, MO 65785 |

***FILED***
*9/16/2021*
***CIRCUIT-ASSOCIATE-PROBATE***
***MELINDA GUMM, CIRCUIT CLERK***
***CIRCUIT COURT CEDAR COUNTY***

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **OFFICER BULLINGER #284**
**Alias:**

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO 65785

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*/s/ Sarah Turner*

| 16-SEP-2021 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                          Date                                          Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-253*      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 23 of 43

**EXHIBIT A**



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | ***FILED***<br>***9/16/2021***<br>***CIRCUIT-ASSOCIATE-PROBATE***<br>***MELINDA GUMM, CIRCUIT CLERK***<br>***CIRCUIT COURT CEDAR COUNTY*** |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | P O BOX 665<br>STOCKTON, MO 65785 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **OFFICER BULLINGER #284**
                            **Alias:**

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO 65785
*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.** */s/ Sarah Turner*

*CEDAR COUNTY*

| 16-SEP-2021 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                          Date                                    Notary Public

| **Sheriff's Fees, if applicable** | | | |
|---|---|---|---|
| Summons | $_____ | | RECEIVED BY: |
| Non Est | $_____ | | Cedar Co Sheriff Dept |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | | By: _____ |
| Mileage | $_____ ( ___ miles @ $.___ per mile) | | Date: 7/17/21 Time: 10:05 |
| **Total** | $_____ | | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-253**      1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 21CD-CV00396** |
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO  64756 |

vs.

*FILED*
*9/16/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

| | |
|---|---|
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  OFFICER YOKLEY #117
Alias:

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO  65785

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*/s/ Sarah Turner*

16-SEP-2021
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                        Date                                   Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-252          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 25 of 45

**EXHIBIT A**



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | ***FILED***<br>***9/16/2021***<br>***CIRCUIT-ASSOCIATE-PROBATE***<br>***MELINDA GUMM, CIRCUIT CLERK***<br>***CIRCUIT COURT CEDAR COUNTY*** |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **OFFICER YOKLEY #117**
**Alias:**

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO 65785

*COURT SEAL OF*

*CEDAR COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition. */s/ Sarah Turner*

| 16-SEP-2021 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*                Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                        Date                                    Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | RECEIVED BY: |
| Non Est | $_____ | Cedar Co Sheriff Dept |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | By: _____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) | Date: 9/12/21 Time: 10:05 |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-252**        1 of 1        Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 26 of 45

**EXHIBIT A**



**IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 21CD-CV00396** |
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 |
| vs. | |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

*FILED*
*9/16/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **OFFICER YOKLEY #117**
                **Alias:**

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO 65785
*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

    16-SEP-2021              */s/ Sarah Turner*
_____    _____
        Date                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
  Printed Name of Sheriff or Server             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                               Date                      Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-252* 1 of 1 Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03272-SRB Document 1-2 Filed 10/18/21 Page 27 of 45

**EXHIBIT A**



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | ***FILED***<br>***9/16/2021***<br>***CIRCUIT-ASSOCIATE-PROBATE***<br>***MELINDA GUMM, CIRCUIT CLERK***<br>***CIRCUIT COURT CEDAR COUNTY*** |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **OFFICER YOKLEY #117**
        **Alias:**

**C/O CEDAR COUNTY SHERIFF**
**202 S HIGH ST**
**STOCKTON, MO 65785**
*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*CEDAR COUNTY*

        16-SEP-2021                                   **/s/ Sarah Turner**
              Date                                         Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
   Printed Name of Sheriff or Server             Signature of Sheriff or Server
        **Must be sworn before a notary public if not served by an authorized officer:**
        Subscribed and sworn to before me on _____ (date).
*(Seal)*
        My commission expires: _____     _____
                       Date                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | RECEIVED BY: |
| Non Est | $_____ | Cedar Co Sheriff Dept |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | By: _____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) | Date: 9/12/21 Time: 10:05 |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**    Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 28 of 45

IN THE 28th JUDICIAL CIRCUIT COURT, CEDAR COUNTY
STATE OF MISSOURI

Case No. 21CDCV00396

Plaintiff:
Jeffrey M. Pearson
403 E. Broadway St.
Jerico Springs MO.
64756
(660)223-8759



FILED
SEP 16 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Dummel, Circuit Clerk
Circuit Court Cedar County, Mo.

V.

CEDAR COUNTY
SHERIFFS DEPT.
ET-AL

Petition Amended

On August 31st 2021 approximatley 3:00pm-4:30pm
Police officer Yokley (117) responded to a shoplifting call
from Dollar General. His target was a female in which somehow
was established that I was company to the female.
After releasing female Plaintiff Jeffrey Pearson was unlawfully
detained by PO Yokley (117). The entire incident was caught on body
camera worn by PO. Yokley (117) & P.O. Bullinger (284) arrived
as back up mere moments later Pearson was placed

in handcuffs & later arrested on an unrelated warrant. Bullinger said that all Pearson had to do was comply, to avoid arrest.

charge P.O. Yokley with

#1) false arrest
#2) Police misconduct

The body cam & dash cam will show that the above occured as plaintiff states. This should satisfy the court in identifying

the involved officers. Police officer #3 may be called as a witness for plaintiff & along with his body cam and dash cam. But to satisfy the court the 2 named officers will be the primary defendants in this case.

On this 15th day of September 2021 Plaintiff releases ~~the~~ P.O. Yokley & PO Bullinger to the court as defendants in the/above case. Plaintiff had 60 days as of September 7th

X _____ 9-15-21



*Return*
FILED
9/16/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

## IN THE 28TH JUDICIAL CIRCUIT COURT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Person Subpoenaed:<br>DOLLAR GENERAL | Plaintiff's/Petitioner's Attorney:<br>N/A |
| | Address:<br>532 MO 32 C<br>STOCKTON, MO 65785 | Address: |
| vs. | | Telephone: |
| Defendant/Respondent:<br>CEDAR COUNTY SHERIFF<br>OFFICER YOKLEY #117<br>OFFICER BULLINGER #284 | Requesting Party:<br>☐ Plt./Pet. Atty   ☒ Plt./Pet.<br>☐ Def/Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney: |
| | Address: (Of Party Checked Above)<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | Address: |
| | Telephone: 660-223-8759 | Telephone: |

| For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number. | (Date File Stamp) |
|---|---|

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to: DOLLAR GENERAL

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☐ to appear at
on (date), at (time).

☐ to testify on behalf of: .

☐ to give depositions.

☒ to bring the following SEE ATTACHED.

COURT SEAL OF

CEDAR COUNTY

| 16-SEP-2021 | */s/ Sarah Turner* |
|---|---|
| Date Issued | Clerk |

**EXHIBIT A**

## Return/Affidavit

I certify that I served this subpoena in _Cedar_ (County/City of St. Louis), Missouri, by:

[X] delivering a copy to the person subpoenaed _9/17/21_ (date). _11:10 AM_

[ ] reading a copy to the person subpoenaed on _____ (date).

[ ] I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $_____

[ ] Other: _____

**Sheriff's Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge (Civil Cases Only-$10.00) | $_____ |
| Mileage | $_____ (_____ miles @ $_____ |
| Total | $_____ |

_James McCary_ _____

Person Serving Subpoena

**FILED**

SEP 17 2021

CIRCUIT-ASSOCIATE-PROBATE

_Melinda Dumm_

Circuit Court Cedar County, Mo.

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any trial of this case**. If you fail to appear, you may be held in contempt of court.

2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.

3. **Bring this form with you to court**. This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____

_____
Clerk

**EXHIBIT A**


*Return to Court*

 **IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI**

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff's/Petitioner:<br>JEFFERY MICHAEL PEARSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | *FILED*<br>*9/16/2021*<br>*CIRCUIT-ASSOCIATE-PROBATE*<br>*MELINDA GUMM, CIRCUIT CLERK*<br>*CIRCUIT COURT CEDAR COUNTY* |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **OFFICER YOKLEY #117**

C/O CEDAR COUNTY SHERIFF          **Alias:**
202 S HIGH ST
STOCKTON, MO 65765
*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**          */s/ Sarah Turner*

16-SEP-2021
_____          _____
Date          Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☒ other: _Reading front page + placing in Depty box at S.O._

Served at _____ (address)

in _Cedar_ (County/City of St. Louis, MO, on _9/17/21_ (date) at _10:36_ (time).

_James McCrary_          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ ( ___ miles @ $._____ per mile) | |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**FILED**
**SEP 17 2021**
CIRCUIT-ASSOCIATE-PROBATE
Circuit Court Cedar County, Mo.

**EXHIBIT A**



**IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI**



*Return to Court*

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFERY MICHAEL PEARSON | Plaintiff's/Petitioner's Attorney/Address<br>JEFFERY MICHAEL PEARSON<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | *FILED*<br>*9/16/2021*<br>*CIRCUIT-ASSOCIATE-PROBATE*<br>*MELINDA GUMM, CIRCUIT CLERK*<br>*CIRCUIT COURT CEDAR COUNTY* |
| vs. | | |
| Defendant/Respondent:<br>OFFICER YOKLEY #117 | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **OFFICER BULLINGER #284**
                                        **Alias:**

C/O CEDAR COUNTY SHERIFF
202 S HIGH ST
STOCKTON, MO 65785

*COURT SEAL OF*

**CEDAR COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.** */s/ Sarah Turner*

| 16-SEP-2021 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (name) _____ (title).

☒ other: Reading to Defendant + placing in his Box at S.O.

Served at _____ (address)

in Cedar _____ (County/City of St. Louis), MO, on 9/17/21 (date) at 10:40 (time).

James McCrary                                   _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                        Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (____ miles @ $_____ per mile) |
| Total | $_____ |

**FILED**
**SEP 17 2021**
CIRCUIT-ASSOCIATE-PROBATE
*Melinda Gumm*
Circuit Court Cedar County Mo.

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**



*Ridurn*

FILED
9/16/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

## IN THE 28TH JUDICIAL CIRCUIT COURT, CEDAR COUNTY, MISSOURI

| Judge or Division:<br>DAVID R MUNTON | Case Number: 21CD-CV00396 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Person Subpoenaed:<br>CEDAR COUNTY SHERIF DEPARTMENT | Plaintiff's/Petitioner's Attorney:<br>N/A |
| | Address:<br>202 S HIGH ST<br>STOCKTON, MO 65785 | Address: |
| vs. | | Telephone: |
| Defendant/Respondent:<br>CEDAR COUNTY SHERIFF<br>OFFICER YOKLEY #117<br>OFFICER BULLINGER #284 | Requesting Party:<br>☐ Plt./Pet. Atty  ☒ Plt./Pet.<br>☐ Def/Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney: |
| | Address: (Of Party Checked Above)<br>403 BROADWAY<br>JERICO SPRINGS, MO 64756 | Address: |
| | Telephone: 660-223-8759 | Telephone: |
| For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number. | | (Date File Stamp) |

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to: JAMES MCCRARY AGENT FOR CEDAR COUNTY SHERIFF

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☐ to appear at
on (date), at (time).

☐ to testify on behalf of:

☐ to give depositions.

☒ to bring the following SEE ATTACHED.

COURT SEAL OF
CEDAR COUNTY

16-SEP-2021
_____
Date Issued

*/s/ Sarah Turner*
_____
Clerk

# Return/Affidavit

I certify that I served this subpoena in ___*CEDAR*___ (County/City of St. Louis), Missouri, by:

- ☑ delivering a copy to the person subpoenaed ___*9·21·2021*___ (date).
- ☐ reading a copy to the person subpoenaed on _____ (date).
- ☐ I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $ _____.
- ☐ Other: _____

**Sheriff's Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge (Civil Cases Only-$10.00) | $_____ |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

_____
Person Serving Subpoena

FILED
SEP 21 2021
CIRCUIT-ASSOCIATE-PROBATE
Circuit Clerk Cedar County Faith

## Instructions

1.  This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any time of this case.** If you fail to appear, you may be held in contempt of court.

2.  If you have any questions regarding this subpoena, contact the person who requested it listed on the front.

3.  **Bring this form with you to court.** This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____

_____
Clerk

OSCA (08-13) CR190

491.100, 491.130 RSMo, SCR 57.09, 58.02

**EXHIBIT A**

In The 28th Judicial Circuit Court
County of Cedar, State of Missouri

FILED
SEP 22 2021
CIRCUIT-ASSOCIATE-PROBATE
Melita Bumm, Circuit Clerk
Circuit Court Cedar County, Mo.

STATE OF MISSOURI
Jeffrey M. Pearson
    403 E. Broadway St., Plaintiff
Jerico Springs MO. 64756 (660) 223-8759

Case No. 21CD-CV00396

VS.

Cedar County
Sheriff Dept Et. AL
        Defendant

Motion for immediate
Sanctions for Contempt

Comes Now, On this 22nd day of September
2021, Plaintiff Jeffrey M. Pearson hereby declares
that the cedar county sheriffs department
is in violation of the subsequent

Case 6:21-cv-03272-SRB   Document 1-2   Filed 10/18/21   Page 37 of 45

EXHIBIT A

subpoena requested by Plaintiff & granted on the 15th of September 2021, Plaintiff prays that the court find the sheriff & the custodians of such evidence be held in contempt as it goes against this courts orders & plaintiff has repeatively called Cedar County Sheriffs Department & spoke with "Carla" ~~or of the Sheriff~~ who confirmed petitioners subpoenas had been served. This fact ~~coincides~~ coincides with the Court Clerks statements made to the plaintiff over the phone & in person several times, this past week. Plaintiff can prove the above communications via digital recorder ~~if the court~~ at the courts request. The time that has elapsed since the service of the subpoenas has been <u>5</u> working days. I left a final <u>message</u> on "Carla's answering machine as of today (Sept. 22nd 2021) at 1:53 pm, Plaintiff has ~~had no contact~~ NOT BEEN

**EXHIBIT A**

contracted by anyone at the sheriff department. by mail or phone which ~~should be~~ would be been furnished to them on the subpoena. #

## Legal Basis

This places the sheriff of Cedar County Missouri in ~~no~~ violation of Missouri Law RSMO 610.023, as of Monday September 20th 2021. Accordingly ~~the~~

"Records of Governmental bodies to be in care of custodian duties, records. may be copied but not removed exception procedure - denial of access procedure must be made available immediatly NO LATER THAN 3 DAYS after request

**EXHIBIT A**

• But must have written good
cause for not showing." page 4 of 5

Plaintiff received no written good cause
& prays that this court hold
the custodians in contempt & compel
the Cedar County Sheriffs Dept, to
make copies of all records pertaining
to the incident on August. 31st 2021
• from approx. 3pm - 4:30pm
⊕ including. the surveillance from
Dollar General as set forth in subpoena
All Body Camera footage from
the incident & involved officers
(Deputy Yokley, & Police officer Bollinger,
3rd officer (not mentioned in petition) still unknown
As well as the Dispatch tapes from
• the initial phone call received by

EXHIBIT A

the police department in regards to a suspected shoplifting crime.

Dash footage in Car # 117.

All copies be made available to the plaintiff Jeffrey M. Pearson the format should be in MP4 & burnt to a Disk Plaintiffs information to be contacted is (660)223-8759

Plaintiffs information to Mail to is

403 S. Broadway St.

Jerico Springs Mo 64756.

I do by declare the above facts are all to the best of my knowledge true & do by swear this under penalty of perjury

Jeffrey Pearson

In The 28th Judicial
Circuit Court Cedar County
State of Missouri

FILED
SEP 27 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Dummit, Circuit Clerk
Circuit Court Cedar County, Mo.

Plaintiff
Jeffrey M. Pearson
405 E. Broadway St.
Jerico Springs Mo.
64756
(660) 223-8759

21CD-CV00396

Defendant
Cedar County Sheriff
ET-AL

# Motion to Make Appearance

Comes Now September 27th 2021
Plaintiff prays for a court date in
the above titled petition.

X _Jeffrey M. Pearson_

**EXHIBIT A**

In the circuit court of Cedar County, State of Missouri 28th Division

Plaintiff
Jeffrey M. Pearson
403 E. Broadway Str
Jerico Springs MO. 64756
(660)223-8759



FILED
SEP 27 2021
CIRCUIT-ASSOCIATE-PROBATE
Melinda Bummel, Circuit Clerk
Circuit Court Cedar County, Mo.

Case No. 21CD-CV00396

VS.

Cedar County Sheriffs
ET-AL
Ty Gaither/Attorney

Motion to release Discovery

Comes Now 27th Day of September 2021. Petitioner prays that the custodian of the discovery as set forth in petitioners subpeona filed on September 15th 2021 be immediatley be made ready for inspection. Plaintiff wishes that counselor Ty Gaither in representing the Cedar County Sheriffs Department have all discovery

2nd m. the above case number be copied and released to Plaintiff as set forth in RSMO 610.023

As defendant's attorney has sole access to the subpeanaed material Plaintiff is asking specifically:

#1) the emergency or non-emergency called made from The Dollar General in Stockton Missouri to the Cedar County Sheriff's office on August 31st 2021. Approxamatley & around 2:00pm - 2:30 pm

#2) Surveillance Footage From the Dollar General at 532 MO-32 C, Stockton MO 65785 approxomatley from 5:00 pm - 4:30 pm on August 31st 2021

#3) Body Camera Audio & Video from Officer Bullinger from August 31st 2021 from approx. 3:00pm - 4:30pm

#4) Body Camera Audio & Video from officer Yokley from August 31st 2021 from approx. 3:00 pm - 4:30 pm

#5) Any & all video & audio captured that pertains to this case, including but not limited to Dash Cameras from all responding cars Body cameras from all responding officers.

EXHIBIT A

This motion is subject to all the rules of
Discovery as set forth in Rule 56.0(f)(2)

Motion filed on September 27th 2021 & copies thereof
sent to defendants attorney Ty Gaithor.

X _____ 09/27/2021

Jeffrey M. Pearson

**EXHIBIT A**